United States Courts
Southern District of Texas
FILED
*February 15, 2024*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **Case No: 4:24-cr-00082** |
| | § | |
| | § | |
| **RAUL CASTRO,** | § | |
| **Defendant** | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## INTRODUCTION

At all times material to this Indictment, El Ahorro is a Texas-based supermarket chain with locations throughout Texas. El Ahorro is engaged in a business that buys perishable and non-perishable goods, sells food items and transacts in United States currency. These goods and currency travel in interstate commerce and affect interstate commerce.

At all times material to this Indictment, La Michoacana is a Texas-based supermarket chain with locations throughout Texas. La Michoacana is engaged in a business that buys perishable and non-perishable goods, sells food items and transacts in United States currency. These goods and currency travel in interstate commerce and affect interstate commerce.

## COUNT ONE

Title 18, United States Code, § 2119 – Carjacking

On or about the 17th day of October, 2023, in the Southern District of Texas, the defendant, RAUL CASTRO, took a motor vehicle, namely, a white 2017 Hyundai Sonata, VIN 5NPE34AF9HH590849, that had been transported, shipped, and received in interstate commerce

from B.M. and in the presence of A.N.M.F. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119.

## COUNT TWO

Title 18, United States Code, § 1951(a) - Interference with Commerce by Robbery

On or about October 6, 2023, in the Houston Division of the Southern District of Texas,

RAUL CASTRO,

defendant herein, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of El Ahorro grocery store, located at 6910 Capitol Street, Houston, Texas, namely United States currency which was in the possession and custody of an employee of El Ahorro by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

## COUNT THREE

Title 18, United States Code, § 924(c)(1)(A) -
Use, Carry, and Brandish of a firearm during and in relation to a crime of violence.

On or about October 6, 2023, in the Houston Division of the Southern District of Texas,

RAUL CASTRO,

defendant herein, did knowingly use, carry, and brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Two.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and (3)(A).

<u>COUNT FOUR</u>

<u>Title 18, United States Code, § 1951(a) - Interference with Commerce by Robbery</u>

On or about October 14, 2023, in the Houston Division of the Southern District of Texas,

RAUL CASTRO,

defendant herein, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of La Michacano grocery store, located at 8501 Gulf Freeway, Houston, Texas, namely United States currency which was in the possession and custody of an employee of La Michoacana by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

<u>COUNT FIVE</u>

<u>Title 18, United States Code, § 924(c)(1)(A) -</u>
<u>Use, Carry, and Brandish of a firearm during and in relation to a crime of violence.</u>

On or about October 14, 2023, in the Houston Division of the Southern District of Texas,

RAUL CASTRO,

defendant herein, did knowingly use, carry, and brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Four.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and (3)(A).

<u>FORFEITURE NOTICE</u>

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 9249(d), 18 U.S.C. §

9249(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offenses alleged in Counts One, Two, Three, Fourt and/or Five in this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) or otherwise abandon any property, real or personal, which was involved in or facilitated the offenses, including, but not limited to the following: 1) Ruger Security-9 9mm Semi-Automatic Pistol, Serial Number 382-23706 and 2) unfired 9 mm ammunition in a magazine that matched the gun.

Upon conviction of a conspiracy of the offenses alleged in Counts Two and/or Four in the Indictment, the defendant shall forfeit to the United States of America pursuant to 18 U.S.C. § 9249(d) and 28 U.S.C. § 2461(c) or otherwise abandon any property, real or personal, which constitutes or is derived from proceeds traceable to said offenses, including, but not limited to the $749 obtained during the robbery of El Ahorro grocery store.

If any of the property described above, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

Original Signature on File

**FOREMAN OF THE GRAND JURY**

**ALAMDAR S. HAMDANI**
**UNITED STATES ATTORNEY**


BY:  *John Ganz*

 **John S. Ganz**
 **Assistant U.S. Attorney**